CO-PS8
(12/14-D/CO)

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# United States District Court
## for the District of Colorado

U.S.A. vs. BRIAN ANTHONY POINTER     Dkt. No. 20-CR-00213-RM-1     <u>22mj1859</u>

## Petition for Warrant on Defendant on Pretrial Release

Comes now, Shelley A. Seacotte Supervisory United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Brian Anthony Pointer, who was placed under pretrial release supervision by the Honorable N. Reid Neureiter, sitting in the Court at Denver, Colorado, on October 29, 2021. As noted in the Order Setting Conditions of Release (Document 72), the Court ordered conditions of pretrial release. The probation officer alleges the defendant has violated the following terms and conditions of pretrial release as set forth herein.

**Respectfully presenting petition for action of the Court and for cause as follows:**

**1. Failure to Maintain Residence at a Halfway House**

On or about November 11, 2021, at approximately 10:43 p.m., the defendant walked away from the Independence House South Federal Residential Reentry Center (RRC) without permission.

On November 11, 2021, at approximately 12:15 a.m., I received a call from RRC staff who explained that upon review of surveillance video, staff observed the defendant leave the facility at approximately 10:43 p.m. without permission. Someone in a vehicle picked him up and he was carrying a backpack, coat and a duffel bag. None of the defendant's personal belongings remained in his assigned room. I attempted to contact the defendant via his cellular phone, but once I asked to speak with him, he hung up and failed to answer when I called back. The defendant's whereabouts are unknown at this time.

RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER the issuance of a warrant for violation(s) of pretrial release, and subsequent to the arrest of the defendant, that the Court consider revocation of bond.

**ORDER OF THE COURT**

I declare under the penalty of perjury that the foregoing is true and correct.

*s/ Shelley Seacotte*
Supervisory U.S. Probation Officer
Date:    November 11, 2021

Considered and ordered filed under seal and made a part of the record in the above case.

S. Kato Crews
U.S. Magistrate Judge
Date:    November 11, 2021

AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>Brian Anthony Pointer<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:120-CR-00213-RM-1 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Brian Anthony Pointer                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☑ Order of the Court

This offense is briefly described as follows:

  Failure to Comply With Rules of Residential Reentry Center

Date:    11/11/2021

*S. [signature]*

*Issuing officer's signature*

City and state:   Denver, Colorado                           S. Kato Crews, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*